UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES OWEN, | No. CV 13-1833 GW (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES BUREAU OF PRISONS, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: December 8, 2014

_____
GEORGE H. WU
United States District Judge